UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| DERRICK W. BAIZE, | |
| Plaintiff, | |
| v. | CASE NO. 3:18-CV-73-MGG |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

**OPINION AND ORDER**

On July 28, 2020, one of Plaintiff's attorneys, Stephen Sloan ("the Petitioner"), filed his Unopposed Petition for Attorney Fees Pursuant to § 206(b)(1). The Petitioner reports that the Commissioner's attorney advised that the Commissioner has no objection to the instant petition. [DE 33 at 6, ¶ 14].

The Court has jurisdiction over this fee petition pursuant to 42 U.S.C. § 406(b) as the Court remanded this case for further proceedings on October 22, 2018.[1] Since then, Plaintiff prevailed on remand when the Administrative Law Judge issued a favorable decision on September 26, 2019. The Commissioner's Office of Central Operations calculated the benefits and awarded Plaintiff past-due disability insurance benefits in the amount of $91,413.00. Of this amount, $22,853.25 represents 25% of the past-due benefits. The Petitioner was previously awarded compensation in the amount of $11,311.37 under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412, for 66.64

---

[1] The undersigned entered the October 2018 ruling in Plaintiff's case based upon the parties' consent under 28 U.S.C. § 636(c). *See also* 42 U.S.C. § 405(g). [DE 15].

hours of legal services before this Court on Plaintiff's behalf. Notably, the EAJA fees were confiscated to pay Plaintiff's debt to the Government. However, the Petitioner received $6,000.00 for representing Plaintiff at the administrative level. Thus, the Petitioner requests an award of $16,853.25.

Section 206(b)(1) of the Social Security Act permits a court to award up to 25% of past due benefits to which the claimant is entitled by reason of a judgment rendered in favor of the claimant. *See* 42 U.S.C. § 406(b)(1). Plaintiff agreed to pay counsel Frederick J. Daley, Jr., as principal attorney of Daley Disability Law, P.C., 25% of all past due benefits awarded to Plaintiff. [DE 33-2].

Plaintiff is currently 47 years of age and the total award over his estimated lifetime, through age 67, based on her monthly payment start date of June 2020 and monthly cash benefit of $935.00, will amount to over $218,790.00 (234 monthly periods, without accounting for a future cost of living adjustment).

Having reviewed the Petitioner's instant motion, noting the lack of objection, and finding the fee reasonable for the hours of legal work spent and the lifetime benefit to Plaintiff, the Court hereby **GRANTS** the Petition for Attorney Fee Pursuant to § 206(b)(1) [DE 33] and **AWARDS** Plaintiff's counsel $16,853.25 in attorney fees pursuant to Section 206(b)(1) of the Social Security Act.

The Court further **ORDERS** that payment by the Commissioner in the amount of $16,853.25 be made directly to counsel Frederick J. Daley, Jr. in accordance with the fee agreement signed by Plaintiff.

**SO ORDERED** this 30th day of July 2020.

<u>s/Michael G. Gotsch, Sr.</u>
Michael G. Gotsch, Sr.
United States Magistrate Judge
